UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Landis C. Barrow

Vs.                                          NO: 5:01-CV-00311

Director, TDCJ-ID

## AFFIDAVIT OF MANDIS CHARLES BARROW

Following:
  My name is Mandis Charles Barrow, and I am currently incarcerated at the Sanchez State jail Facility, TDCJ-ID #927512. My social Security No. 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 and my Drivers license No. is 14143290.

  On the 24th of November, 1996, I was arrested for allegedly being involved in a robbery with numerous individuals, with my identical twin brother. Landis Charles Barrow, being charged and indicted as my co-defendant. Due to irreconcilable circumstances, I accepted a plea bargain for 10 years probation. My mother, Anita Barrow, retained a lawyer by the name of James Durham, to represent my twin brother Landis Charles Barrow, upon myself being included, which she paid him approximately $5,000.00 My twin brother, Landis Charles Barrow, fired his court appointed lawyer, James Clark, because he only wanted him to plead guilty, which is why my mother retained James Durham to represent him in court. My twin brother, Landis Charles Barrow, was only in the vicinity of the crime scene and never robbed or attempted to rob anyone, nor did he promote, assist, solicit, encourage, direct, aid, or attempt to aid **NO ONE** in the robbery that occurered on November 24, 1996, the instant case at hand.

  My twin brother's court appointed lawyer, James Clark, **Never Interviewed me or my little brother; JOASHUA DEVON BARROW,** whom would of revealed my twin brother, Landis Charles Barrow, was not involved in the robbery, but merely in the Vicinity where the crime took place. I am a eye witness to the robbery and I further state for the record that my twin brother, Landis Charles Barrow, is innocent of the charges he stands convicted of and the only reason he pled guilty was due to his court appointed lawyer's, James Clark, Incompetence and failure to provide effective assistance of counsel, just railroading him. James Clark only visited my twin brother, Landis Charles Barrow, once at the Potter County Detention Center, other than at the court house where he tricked my twin brother, Landis Charles Barrow, into believing he could be convicted for the robbery because he was in the vicinity of the crime scene.

5

**Pursuant to title 28 U.S.C. § 1746** and remedies code, **Chapter 132,** The below declaration, being un sworn, is codified under law.

I, Mandis Charles Barrow, being presently incarcerated in Sanchez State Jail Facility, in El Paso, Texas, declared under penalty of perjury that the foregoing is true and correct.

Executed on this the 15th day of August, 2001.

_Mandis Barrow_  
Signature

_Enrique Fry_  
Witness


Thumb print

cc:file  
LCB  
MCB  
JDB

District Clerk of Court,                                          6-11-02

    Enclosed you will find "Affidavit of Mandis Charles Barrow." Please substitute this affidavit with the other affidavit titled the same of which is attached as an exhibit in my federal habeas petition no. 5:01-CV-00311. Thankyou for your assistance in this matter and it would be even much more appreciated if you could send the handwritten affidavit back to me (old affidavit to be replaced by the new affidavit). Also, could you make a note that I could not send a copy of the foregoing to the Attorney General due to my inability to obtain copies. Thankyou Again!

Respectfully Submitted,
Mandis C. Barrow #907416
Telford Unit
P.O. Box 9200
New Boston, Tx. 75570