**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **LANDIS CHARLES BARROW, #907416** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:01cv311** |
| **DIRECTOR, TDCJ-CID** | § | |

**O R D E R**

Came on for consideration, the Petitioner's motion for a copy of Judge Ron Chapman's findings of fact and conclusions of law sent to this Court by the Petitioner's attorney on May 31, 2003. The Petitioner noted that he needs the documents to pursue an appeal. The records compiled in this case reveal that the NAACP Legal Defense and Education Fund submitted copies of findings of fact and conclusions of law in 38 related state court proceedings on May 22, 2003. The documents did not specifically concern the Petitioner. Judge Chapman subsequently informed the Court that he did not issue findings of fact and conclusions of law in the Petitioner's case, and that the Petitioner's name had been erroneously included in the caption. The Court is of the opinion that the Petitioner's request for records should be granted to the extent that such records remain in the possession of the Court. However, the case was dismissed on May 1, 2005, and all state court records submitted in the case were destroyed in January, 2006. The only record that is still available is Judge Chapman's letter to the Court. It is accordingly

**ORDERED** that the Petitioner's motion for a copy of Judge Ron Chapman's findings of fact and conclusions of law (docket entry #60) is **GRANTED**, in part, and **DENIED**, in part. It is further

**ORDERED** that the Clerk shall mail a copy of Judge Chapman's letter to this Court (docket entry #54, pages 33-34) to the Petitioner. It is finally

**ORDERED** that all other motions not previously ruled on are **DENIED**.

**SIGNED this 3rd day of January, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE